UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADDISON WHITE, JR.,

    Plaintiff,

HONORABLE PAUL L. MALONEY

v.

Case No. 1:06-cv-797

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER GRANTING MOTION FOR AWARD OF ATTORNEY FEE PURSUANT TO 42 U.S.C. § 406(b)

This matter is before the Court on attorney James R. Rinck's Motion for Award of Attorney Fee Pursuant to 42 U.S.C. § 406(b) (Dkt. #27). The motion is not opposed by the defendant. Accordingly,

**IT IS HEREBY ORDERED** that the Motion for Award of Attorney Fee Pursuant to 42 U.S.C. § 406(b) (Dkt. #27) is **GRANTED**. Attorney James R. Rinck is awarded attorney fees pursuant to 42 U.S.C. § 406(b) in the amount of $13,075.00.

Date: December 7, 2009

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge