UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADDISON WHITE, JR.,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

Honorable Paul L. Maloney

Case No. 1:06-cv-797

## ORDER OF REMAND

In accordance with the order of the Sixth Circuit Court of Appeals,

**IT IS HEREBY ORDERED** that this matter is remanded to the Commissioner of Social Security for further proceedings consistent with the February 24, 2009 opinion of the Sixth Circuit Court of Appeals.

Date: October 1, 2010

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge